# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL HENDERSHOT,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART, INC., *et al.*,<br>　　　　　Defendants. | :<br>:<br>:<br>:  Civil No. 5:21-cv-02422-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 11th day of July, 2022, after careful consideration of Defendants' Motion for Summary Judgment (ECF No. 24), Plaintiff's Opposition to the Motion for Summary Judgment (ECF No. 25), any exhibits attached thereto, and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 24) is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

3. The Clerk of Court shall mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　United States District Court Judge